Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
　　　　service@moorelawfirm.com

Attorney for Plaintiff,
Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HENRO, LLC dba 900 GRAYSON, et al.,<br><br>　　　　Defendants. | No. 4:23-cv-05028-YGR<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendant, Henro LLC dba 900 Grayson, the parties who have appeared in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: April 5, 2024　　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　Albert Dytch

| | | |
|---|---|---|
| 1 | Dated: April 5, 2024 | CORFEE STONE LAW CORPORATION |
| 2 | | |
| 3 | | */s/ Catherine M. Corfee* |
| 4 | | Catherine M. Corfee<br>Attorney for Defendant, |
| 5 | | Henro LLC dba 900 Grayson |

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch